**93–2592. State v. Berry.**
Cuyahoga App. No. 60531. Upon consideration of appellant's motion for stay of execution to file petition for certiorari to United States Supreme Court,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

**97–632. Rouse v. Mogadore Local School Bd.**
Summit App. No. 17697. This cause is pending before the court as a discretionary appeal and claimed appeal of right. On March 27, 1997, appellant filed a notice in this case that a motion to certify a conflict was pending in the court of appeals. Pursuant to S.Ct.Prac.R. IV(4)(A), consideration of the jurisdictional memorandum filed in this case was stayed until the court of appeals determined whether to certify a conflict. Whereas it appears that appellant has not filed an order certifying a conflict pursuant to S.Ct.Prac.R. IV(4)(C) or a notice that the court of appeals determined that a conflict does not exist pursuant to S.Ct.Prac.R. IV(4)(B),

IT IS ORDERED by the court, *sua sponte,* that appellant show cause within twenty days of the date of this order why this court should not proceed to consider the jurisdictional memorandum filed in this case.

**97–2623. In re Testamentary Trust of Hamm.**
Geauga App. No. 96–G–2023. This cause is pending before the court as a discretionary appeal. Upon consideration of appellee's motion for stay of probate court proceedings,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

LUNDBERG STRATTON, J., dissents.

**98–5. McMaster v. Akron Hous. Appeals Bd.**
Summit App. No. 18226. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's motion for stay of demolition orders pending appeal,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

# DISCIPLINARY DOCKET

**96–2810. Disciplinary Counsel v. Donnell.**
This cause came on for further consideration upon respondent's motion for stay of order of suspension entered October 1, 1997. Upon consideration thereof,

IT IS ORDERED by the court that the motion for stay be, and hereby is, denied.

RESNICK, J., not participating.

# MISCELLANEOUS DISMISSALS

**97–2705. Donohoe v. Hassinger.**
In Habeas Corpus. This cause originated in this court on the filing of a complaint for a writ of habeas corpus and was considered in a manner prescribed by law. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed.

RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., would deny.